COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Wayne Myers v. Pennymac Corporation

Appellate case number:   01-18-00740-CV

Trial court case number:  2018-23761

Trial court:                    333rd District Court of Harris County

The clerk's record has not been filed. The court reporter advised the court that appellant has not made financial arrangements for the filing of the reporter's record. Appellant filed an affidavit of indigence in this court on October 9, 2018.

Fees charged for the appellate record are governed by Rule 145. *See* TEX. R. APP. P. 20.1(a). Rule 145 requires a party to file a Statement of Inability to Afford Payment of Court Costs if that party is unable to afford the costs for the filing of the appellate record. *See* TEX. R. CIV. P. 145(a)–(b). An appellant may not be required to pay costs for the appellate record except by order of the trial court. *See* TEX. R. APP. P. 145(a).

The affidavit of indigence filed in this court by appellant does not comply with Rule 145.

Accordingly, if appellant wishes to proceed without payment of costs or for the fees for preparation of the appellate record, he must comply with Rule 145(b) of the rules of Civil Procedure. A form Statement of Inability is attached to this order. If appellant files a Statement of Inability in compliance with Rule 145 in the trial court, he must request the preparation and filing of a supplemental clerk's record **within 14 days of the date of this order**, containing this Statement of Inability.

It is so ORDERED.


Judge's signature: ____/s/ Michael Massengale____
                           ☒    Acting individually    ☐ Acting for the Court


Date: __November 8, 2018__